# United States District Court
## Violation Notice

**CVB Location Code:** WL2

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAHU002E | RHODES | 2014 |

FAHU002E

### YOU ARE CHARGED WITH THE FOLLOWING

**Date and Time of Offense:** 12/16/2012   11:40
**Offense Charged:** FED   36CFR   26155D

**Place of Offense:** FOWLER ROAD WINN DISTRICT

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
EXPIRED INSPECTION STICKER 4/2012

### DEFENDANT INFORMATION

**Phone:** (    )

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | GREGORY | T |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

**Drivers License No.**   CDL ☐   D.L.   **Social Security No.**

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height ' "   Weight

### VEHICLE   VIN:                                                                          CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$100.00   Forfeiture
$25.00   Processing Fee
**PAY THIS AMOUNT**   $125.00   Total Collateral

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**

**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FAHU002E

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   December 16, 2012   while exercising my duties as a law enforcement officer in the   western   District of   LA

Pursuant to 16USC 551: While on Patrol, I observed a vehicle parked off-road in a closed area. The vehicle was about 50 yards off-road. When I made contact with the owner he admitted to parking there. I issued the subject a Notice to Appear for driving off-road and having an expired inspection sticker that expired 4/2012. I also gave the subject a warning for not having a valid driver license. The subject was not observed operating the vehicle even know he admitted to driving. I decided to give the subject a warning and let a licensed driver drive the vehicle.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   December 16, 2012   _[signature]_
           Date (mm/dd/yyyy)      Officer's Signature

[X] Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
               Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazerdous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident